IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD G. STREET, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-421 |
| | ) | |
| STEEL VALLEY OPPORTUNITIES | ) | |
| INDUSTRILIZATION, OIC OF AMERICA, | ) | Honorable Donetta W. Ambrose |
| INC., LUETHEL NESBIT, ALEX POWELL | ) | |
| JR., MONROE GRUBBS, JOANNE | ) | |
| GREEN-WELLS, | ) | Electronically Filed |
| Defendants. | ) | |

## ORDER OF COURT

AND NOW, to wit, this ___3d___ day of ___Jan.___, 2007, upon consideration of Plaintiff's Motion for Voluntary Dismissal, it is hereby ORDERED that said Motion is Granted to voluntary dismiss this action pursuant to Rule 41(a)(2).


BY THE COURT:

_Donetta W. Ambrose_, J.